No. 72–6071. GEORGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6172. CHERRY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6180. SHADDEN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 72–6193. GRAHAM *v.* HALL. C. A. 6th Cir. Certiorari denied.

No. 72–6196. MARTIN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–6212. ROBINSON *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 72–6223. JACKSON *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 72–974. POPKIN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5835. MARTIN *v.* FLORIDA. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5966. HEINRICH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–977. JACK *v.* UNITED STATES; and
No. 72–978. OVERTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.